UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DIANNE KNOX; WILLIAM L. BLAYLOCK; ROBERT A. CONOVER; EDWARD L. DOBROWOLSKI, JR; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; JON JUMPER; and R. PAUL RICKER, On Behalf of Themselves and the Class They Seek to Represent,

        Plaintiffs,

  v.

STEVE WESTLY, Controller, State of California; and CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,

        Defendants.

NO. CIV. S 05-2198 MCE KJM

MEMORANDUM AND ORDER

----oo0oo----

    The funds in the amount of $525,000.00 which were deposited by SEIU, Local 1000, into the account of the United States

1

1  District Court pursuant to a Temporary Restraining Order, entered
2  by this Court on November 3, 2005, are to be returned to SEIU
3  forthwith.

5  IT IS SO ORDERED.

7  DATED: November 4, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE