STEPHEN P. BERZON (SBN 46540)
JEFFREY B. DEMAIN (SBN 126715)
PEDER J. THOREEN (SBN 217081)
Altshuler, Berzon, Nussbaum,
　Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jdemain@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; WILLIAM L. BLAYLOCK; ROBERT A. CONOVER; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; JON .JUMPER; AND R. PAUL RICKER, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STEVE WESTLY, Controller, State of California; AND CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>　　　　Defendants. | No. 2:05-CV-2198 MCE KJM<br><br>**ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

　　　Having considered defendant Service Employees International Union, Local 1000's (hereinafter "the Union") request that plaintiffs' motion for class certification be continued and the record in this case, the Court hereby finds as follows:

　　　Plaintiffs originally filed a motion for class certification on November 3, 2005.  That motion was subsequently taken off calendar to provide the Union the opportunity to conduct

1  limited class-related discovery.  On January 23, 2006, plaintiffs re-noticed their motion for class
2  certification for hearing on March 20, 2006.  The Union has requested that the class
3  certification motion be continued so that the Court can first resolve the Union's anticipated
4  motion to dismiss plaintiff Ricker, which the Union has represented it will file on or before
5  February 17, 2006.  The Court finds that resolution of the Union's motion to dismiss may
6  significantly simplify class certification issues and that is it therefore appropriate to resolve the
7  motion to dismiss prior to the briefing of, and hearing on, plaintiffs' motion for class
8  certification.

9        Good cause being shown, it is HEREBY ORDERED that plaintiffs' motion for class
10 certification is taken off calendar.  The Court hereby vacates the March 20, 2006 hearing date
11 set for plaintiffs' motion for class certification.  Plaintiffs may re-notice their motion for class
12 certification after the Court resolves the Union's motion to dismiss.

14 Dated:  January 25, 2006

                                                    _____
                                                    MORRISON C. ENGLAND, JR
                                                    UNITED STATES DISTRICT JUDGE