W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
    Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASS THEY SEEK TO REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>  Plaintiffs,<br><br>v.<br><br>STEVE WESTLY, Controller, State of California; *et al.*,<br><br>  Defendants. | CASE NO. 2:05-cv-2198 MCE KJM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF R. PAUL RICKER AND FOR WITHDRAWAL OF PENDING MOTIONS**<br>(Rule 41(a)(1), FED.R.CIV.P.) |

COME NOW the parties, by their undersigned counsel, and pursuant to Rule 41(a)(1), FED.R.CIV.P., hereby stipulate to the voluntary dismissal of Plaintiff R. PAUL RICKER from this action.

In light of this stipulation, the parties also hereby stipulate, agree to, and request the withdrawal of the pending Motion for Class Certification (Clerk's Docket No. 17), filed by Plaintiffs,[1] and the Motion to Dismiss and for Partial Summary Judgment (Clerk's Docket No. 38) filed by Defendant

---

[1] Plaintiffs intend to refile promptly an altered version of their Motion for Class Certification to take account of Plaintiff Ricker's dismissal from this action.

**PAGE - 1**

1  Service Employees International Union, Local 1000.

2  DATED: 6 March 2006

3  Respectfully submitted,

| /s/ Steven R. Burlingham | /s/ Douglas J. Woods |
|---|---|
| STEVEN R. BURLINGHAM, <br> Gary, Till & Burlingham | BILL LOCKYER, Attorney General <br> DOUGLAS J. WOODS, Deputy Attorney General |
| /s/ W. James Young | ATTORNEYS FOR DEFENDANT WESTLY |
| W. JAMES YOUNG, Esq. <br> c/o National Right to Work Legal <br> Defense Foundation, Inc. | /s/ Jeffrey B. Demain <br><br> JEFFREY B. DEMAIN, Esq. <br> Altshuler, Berzon, Nussbaum, Rubin & Demain |
| ATTORNEYS FOR PLAINTIFFS AND THE CLASS THEY SEEK TO REPRESENT | ATTORNEY FOR DEFENDANT SEIU LOCAL 1000 |

IT IS SO ORDERED.

DATED: March 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE