UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANNE KNOX; WILLIAM L. BLAYLOCK; ROBERT A. CONOVER; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; and JOH JUMPER, on Behalf of Themselves and the Class They Seek to Represent,

        Plaintiffs,

  v.

STEVE WESTLY, Controller, State of California; and CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,

        Defendants.

2:05-CV-2198-MCE-KJM

MEMORANDUM AND ORDER

----oo0oo----

///
///
///
///
///

1

1   In bringing the present Motion, Service Employees
2 International Union, Local 1000 ("Defendant") seeks to continue
3 Plaintiffs' Motion for Class Certification set to be heard in
4 this Court on May 1, 2006.  Plaintiffs have not opposed
5 Defendant's Motion.[1]
6   Plaintiffs' Motion for Class Certification was originally
7 set for hearing on November 3, 2005.  However, in order to accord
8 Defendants the opportunity to conduct class-related discovery,
9 Plaintiffs' Motion was taken off calendar.  Plaintiffs have since
10 renewed that Motion and the hearing was reset for May 1, 2006.
11 On April 13, 2006, Defendants filed a Motion for Partial Judgment
12 on the Pleadings that is set to be heard June 5, 2006.
13   Given the non-opposition by Plaintiffs of Defendant's
14 Motion, having reviewed the papers, and good cause appearing
15 therefore, Defendant's Motion for Continuance is GRANTED.
16 Plaintiffs' Motion for Class Certification is continued to August
17 7, 2006 at 09:00 a.m.

19 IT IS SO ORDERED.
20 DATED: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2