STEPHEN P. BERZON (SBN 46540)
JEFFREY B. DEMAIN (SBN 126715)
PEDER J. THOREEN (SBN 217081)
Altshuler, Berzon, Nussbaum,
   Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
sberzon@altshulerberzon.com
jdemain@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; WILLIAM L. BLAYLOCK; ROBERT A. CONOVER; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; AND JON JUMPER, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>             Plaintiffs,<br><br>      v.<br><br>STEVE WESTLY, Controller, State of California; AND CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>             Defendants. | No. 2:05-CV-2198 MCE (KJM)<br><br>**ORDER CONTINUING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Having considered defendant Service Employees International Union, Local 1000's (hereinafter "the Union") unopposed request that plaintiffs' motion for class certification be continued, and the record in this case, the Court hereby finds as follows:

///

///

1

1    Plaintiffs' motion for class certification, Docket No. 45, is set for hearing on August 7,
2 2006.  Currently under submission with the Court is the Union's Rule 12(c) motion for partial
3 judgment on the pleadings.  Docket No. 50, 56.  The Union has requested that the briefing of
4 plaintiffs' class certification motion be continued until after the Court resolves the Union's
5 Rule 12(c) motion.  The Court finds that resolution of the Union's Rule 12(c) motion may
6 significantly simplify class certification issues and will likely affect the Union's response to the
7 plaintiffs' motion for class certification.
8    Good cause being shown, it is HEREBY ORDERED that plaintiffs' motion for class
9 certification is taken off calendar.  The Court hereby vacates the August 7, 2006 hearing date
10 set for plaintiffs' motion for class certification.  Plaintiffs may re-notice their motion for class
11 certification after the Court issues an order adjudicating the Union's Rule 12(c) motion.
12 Dated: July 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE