UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANNE KNOX; WILLIAM L. BLAYLOCK; ROBERT A. CONOVER; EDWARD L. DOBROWOLSKI, JR; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; JON JUMPER; and R. PAUL RICKER, On Behalf of Themselves and the Class They Seek to Represent,

        Plaintiffs,

  v.

STEVE WESTLY, Controller, State of California; and CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,

        Defendants.

2:05-CV-2198-MCE-KJM

ORDER

----oo0oo----

In bringing the present Motion, Plaintiffs seek to continue Defendant Service Employees International Union, Local 1000's Motion for Summary Judgment, or in the alternative, Summary Adjudication set to be heard in this Court on October 30, 2006.

///

1

1      Plaintiffs request that this Motion be heard instead on
2 December 11, 2006.[1]  Defendant does not oppose Plaintiffs' Motion
3 but requests several accommodations in return.  Specifically,
4 Defendant requests that the briefing schedule set forth in this
5 Court's Pretrial Scheduling Order ("PTSO") be amended to allocate
6 each party an equal portion of the additional time resulting from
7 a continuance.  In addition, Defendant seeks a limitation on
8 discovery during the pendency of the Motion for Summary Judgment.
9 Separately, Defendant seeks to have Plaintiffs' Motion for Class
10 Certification currently set for hearing on October 16, 2006,
11 continued to December 11, 2006.  Plaintiffs oppose Defendant's
12 requests.
13      The Court orders Defendant's Motion for Summary Judgment
14 continued from the October 30, 2006, hearing date to December 11,
15 2006.  Further, the Court orders that Plaintiffs' Motion for
16 Class Certification shall remain on calendar for October 16,
17 2006.  Finally, all dates previously set forth in the PTSO
18 regarding filing, briefing and discovery deadlines are to remain
19 unchanged. The court affirms those dates at this time.
20      IT IS SO ORDERED.
21 DATED: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

28    [1]Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

2