1  STEPHEN P. BERZON (SBN 46540)
   JEFFREY B. DEMAIN (SBN 126715)
2  PEDER J. THOREEN (SBN 217081)
   Altshuler Berzon LLP
3  177 Post Street, Suite 300
   San Francisco, California  94108
4  Telephone:  (415) 421-7151
   Facsimile:  (415) 362-8064
5  sberzon@altshulerberzon.com
   jdemain@altshulerberzon.com
6  pthoreen@altshulerberzon.com

7  Attorneys for Defendant
   Service Employees International Union,
8  Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; WILLIAM L. BLAYLOCK; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; AND JON JUMPER, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>    Plaintiffs,<br><br>    v.<br><br>STEVE WESTLY, Controller, State of California; AND CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>    Defendants. | No. 2:05-cv-2198-MCE-KJM<br><br>**JOINT STIPULATED REQUEST OF ALL PARTIES TO PERMIT SUMMARY JUDGMENT MOTIONS TO BE HEARD ON AUGUST 17, 2007; ORDER THEREON**<br><br>Date:  N/A<br>Time:  N/A<br>Judge  Hon. Morrison C. England, Jr.<br>Place: Courtroom 3<br>       15th Floor |

All of the parties to the above-captioned case[1] hereby jointly request the Court to permit summary judgment motions to be heard on August 17, 2007. In support of this request, the parties stipulate to the following facts, which demonstrate good cause for their request:

1. Plaintiffs intend to file a summary judgment motion. Defendant SEIU Local 1000 may also file a motion or cross-motion for summary judgment, in full or in part.

2. The Amended Pretrial (Status) Scheduling Order (hereinafter "Scheduling Order"), filed in this case on January 23, 2006 (Docket No. 34), sets the cut-off date for the hearing on dispositive motions as August 13, 2007, which is a Monday. Scheduling Order at 4:17-19.

3. At the time the Court entered the Scheduling Order, it was hearing civil motions on Mondays.

4. Plaintiffs' counsel was recently informed by the Courtroom Deputy that the Court will soon switch its civil motions hearing day to Fridays. For that reason, the Court will not be available on Monday, August 13, 2007, to hear any summary judgment motions in this case. Rather, the Court's civil motions hearing date that week will be on Friday, August 17, 2007.

5. Plaintiffs' counsel was also recently informed by the Courtroom Deputy that the Court will not be available to hear civil motions on any day between between June 9 and August 16, 2007. In other words, the only available civil motions hearing date before August 17, 2007, will be June 8, 2007.

6. Under the notice and briefing schedule established by the Court's local rules, opening summary judgment papers will need to be filed by May 8, oppositions by May 22, and replies by June 1, 2007, for a hearing date of June 8, 2007.

7. If plaintiffs were to file their opening summary judgment papers on May 8, defendant SEIU Local 1000 would not be able to file its reply by May 22. Lead counsel for defendant SEIU Local 1000, Jeffrey B. Demain, will be out of the state on a long-planned and ticketed family trip for his father's 80th birthday, from May 4–21, and therefore will not be available to research and draft his client's opposition

///

---

[1] In November 2006, John Chiang was elected to serve as California State Controller, succeeding defendant Steve Westly. Mr. Chiang is automatically substituted as a defendant in place of Mr. Westly, pursuant to Fed. R. Civ. P. 25(d).

1

1 papers between those dates – the very time period allotted under the schedule for a June 8 hearing. Mr. Demain notified plaintiffs' counsel of this unavailability on March 16, 2007.

8. Since the June 8 hearing date is not workable for the parties, and since the Court has no alternative hearing dates available between June 8 and August 17, good cause exists to extend the schedule set forth in the Scheduling Order by four days, to permit summary judgment motions to be heard on August 17, 2007.

Therefore, on the basis of the foregoing showing of good cause, which is stipulated between the undersigned parties, the parties respectfully request the Court to modify the Scheduling Order to provide that dispositive motions in this matter may be heard on August 17, 2007.

Respectfully submitted,

STEPHEN P. BERZON
JEFFREY B. DEMAIN
PEDER J. THOREEN
Altshuler Berzon LLP

Dated:  April 30, 2007.                By:      /s/ Jeffrey B. Demain
                                                    Jeffrey B. Demain

Attorneys for Defendant
Service Employees International Union, Local 1000

W. JAMES YOUNG, Esq. (admitted *pro hac vice*)
c/o National Right to Work Legal Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

Dated:  April 30, 2007.                By:  /s/ W. James Young (as authorized on April 27, 2007)
                                                    W. James Young

Attorneys for Plaintiffs and the Classes They Represent

2

| | |
|---|---|
| | EDMUND G. BROWN JR., Attorney General |
| | STACY BOULWARE EURIE, |
| |    Senior Assistant Attorney General |
| | CHRISTOPHER E. KRUEGER, |
| |    Supervising Deputy Attorney General |
| | DOUGLAS J. WOODS (SBN 161531), |
| |    Deputy Attorney General |
| | 1301 I Street |
| | P.O. Box 944255 |
| | Sacramento, California 94244-2550 |
| | Telephone: (916) 324-4663 |
| | Fax: (916) 324-5567 |
| | Email: Douglas.Woods@doj.ca.gov |

Dated: April 30, 2007.

By: /s/ Douglas J. Woods (as authorized on April 27, 2007)
      Douglas J. Woods

Attorneys for Defendant John Chiang

**ORDER**

IT IS SO ORDERED.

Dated: May 4, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3