IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; WILLIAM L. BLAYLOCK; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; AND JON JUMPER, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE WESTLY, Controller, State of California; AND CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>Defendants. | No. 2:05-CV-2198 MCE (KJM)<br><br>**ORDER GRANTING SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1000's REQUEST TO LODGE DEPOSITION TRANSCRIPT UNDER SEAL** |

Having considered the request of defendant Service Employees International Union, Local 1000 (the "Union") to lodge the transcript of the March 7, 2007 deposition of Michael Harvey Baratz under seal and the Stipulated Protective Order re: Salary Information, Docket No. 84, and good cause having been shown,

///

///

///

1

1 | the Court HEREBY ORDERS that the deposition of Mr. Baratz shall be lodged under seal.

Dated: August 10, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2