W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
   Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California 95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASSES THEY REPRESENT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DIANNE KNOX; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASSES THEY REPRESENT,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, Controller, State of California; *et al.*,<br><br>    Defendants. | CASE NO. 2:05-cv-02198 MCE KJM<br><br>**ORDER GRANTING JOINT REQUEST TO APPEAR TELEPHONICALLY FOR HEARING ON PENDING MOTIONS**<br><br>DATE: Friday, 30 May 2008<br>TIME: 9:00 a.m.<br>COURTROOM OF JUDGE ENGLAND, COURTROOM 3, 15TH FLOOR |

The above matter, having come before the Court upon the parties Joint Request to Appear Telephonically for hearing on Plaintiffs' Unopposed Motions for Partial Reconsideration (Local Rule 78-230(k)) and/or for Relief from Judgment (Rule 60, FED.R.CIV.P.) and to Stay Briefing and Consideration of an Award of Attorneys' Fees and Costs Pursuant to 42 U.S.C. § 1988 Pending Appeal or, in the Alternative, for an Extension of Time in Which to File Their Application (Clerk's Docket No. 141), and for good cause appearing

IT IS HEREBY ORDERED, ADJUDGED, and DECREED,

That the parties' joint request is hereby GRANTED, and that hearing will be conducted on or

1 after 9:00 a.m., on Friday, 30 May 2008.  Counsel for the parties shall make themselves available at the
2 appointed time at the telephone numbers provided in the Joint Request.  The Court shall initiate the
3 conference call to the following counsel:
4     1. W. James Young, counsel for Plaintiffs: (703) 770-3348;
5     2. Jeffrey B. Demain, counsel for Defendant Local 1000: (415) 421-7151 extension 307;
6     3. Douglas J. Woods, counsel for Defendant Chiang: (916) 324-4663.

Dated:  May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, W. James Young, counsel for Plaintiffs, hereby certify that I electronically filed with the Clerk of Court the foregoing **[Proposed] Order Granting Joint Request for Telephonic Appearance,** using the CM/ECF system which will send notification of such filing to Defendants' counsel, this 22nd day of May, 2008.

/s/ W. James Young

W. JAMES YOUNG