W. JAMES YOUNG, Esq.
c/o National Right to Work Legal
        Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia  22160
(703) 321-8510

STEVEN R. BURLINGHAM, Esq.
California Bar No. 88544
Gary, Till & Burlingham
5330 Madison Avenue, Suite F
Sacramento, California  95841
(916) 332-8122
Facsimile — (916) 332-8153

ATTORNEYS FOR PLAINTIFFS AND
THE CLASSES THEY REPRESENT

---

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; *et al.*, ON BEHALF OF THEMSELVES AND THE CLASSES THEY REPRESENT,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, Controller, State of California; *et al.*,<br><br>        Defendants. | CASE NO. 2:05-cv-02198 MCE KJM<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTIONS**<br><br>**DATE:**  Friday, 30 May 2008<br>**TIME:**  9:00 a.m.<br>**COURTROOM OF JUDGE ENGLAND, COURTROOM 3, 15TH FLOOR** |

        The above matter, having come before the Court upon Plaintiffs' Unopposed Motions for

Partial Reconsideration (Local Rule 78-230(k)) and/or for Relief from Judgment (Rule 60,

FED.R.CIV.P.) and to Stay Briefing and Consideration of an Award of Attorneys' Fees and Costs

Pursuant to 42 U.S.C. § 1988 Pending Appeal or, in the Alternative, for an Extension of Time in

Which to File Their Application, based upon all of the files and records herein, and arguments of

counsel, for good cause appearing

///

///

1   IT IS HEREBY ORDERED, ADJUDGED, and DECREED,

2       That the Plaintiffs' Motion for Motion for Partial Reconsideration is hereby GRANTED, and the

3   Court shall issue an amended Judgment awarding nominal damages to Plaintiffs and each member of

4   the classes they represent to be paid by Defendant California State Employees Association, Local

5   1000, Service Employees International Union, in the amount of one dollar ($1.00) to each Plaintiff and

6   member of the classes.

7       Furthermore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

8       That briefing and consideration of Plaintiffs' Petition for Attorneys' Fees and Costs Pursuant to

9   42 U.S.C. § 1988 is hereby STAYED pending the outcome of any and all appeals in this matter.

10      IT IS SO ORDERED.

11  Dated: June 16, 2008

12

13

14                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28