JEFFREY B. DEMAIN (SBN 126715)
PEDER J. THOREEN (SBN 217081)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com
pthoreen@altshulerberzon.com

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX; WILLIAM L. BLAYLOCK; EDWARD L. DOBROWOLSKI, JR.; KARYN GIL; THOMAS JACOB HASS; PATRICK JOHNSON; AND JON JUMPER, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>STEVE WESTLY, Controller, State of California; AND CALIFORNIA STATE EMPLOYEES ASSOCIATION, LOCAL 1000, SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO-CLC,<br><br>Defendants. | No. 2:05-CV-02198 MCE (KJM)<br><br>**ORDER APPROVING APPROVE CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND TO STAY JUDGMENT PENDING APPEAL**<br><br>Hearing: N/A<br>Time: N/A<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Morrison C. England, Jr. |

The parties to the above-captioned action having previously stipulated and agreed that the appropriate amount to secure this Court's judgment pending final resolution of the appeal in this case is $35,000 (*see* Docket No. 144), and the Court already having previously issued an Order staying its Order and Judgment in this case pending exhaustion or abandonment of appellate remedies (*see id.*), defendant Service Employees International Union Local 1000 (hereinafter "Local 1000") has now applied to this Court for approval of its cash deposit in the amount of $35,000 in lieu of a supersedeas bond to stay the

1  judgment pending resolution of an anticipated appeal from this Court's judgment, pursuant to Federal
2  Rule of Civil Procedure 62(d) and Eastern District Local Civil Rule 65.1-151(h).
3      **IT IS HEREBY ORDERED**, pursuant to Local 1000's application, that the cash deposit,
4  instrument and affidavit filed with this Court is approved and this Court's judgment shall remain stayed
5  pending final exhaustion or abandonment of all appellate remedies.

6  Dated: June 27, 2008

7                                                         _____
8                                                         MORRISON C. ENGLAND, JR.
                                                       UNITED STATES DISTRICT JUDGE