# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DIANNE KNOX, ET AL.,**

CASE NO: **2:05−CV−02198−MCE−KJM**

v.

**STEVE WESTLY, ET AL.,**

__XX__ −− **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 6/17/08**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 12, 2008**

by: /s/ M. Marciel
Deputy Clerk