UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIANNE KNOX, et al.,                      No. 2:05-cv-02198 MCE

      Plaintiffs,

  v.                                      **ORDER**

STEVE WESTLY, et al.,

      Defendants.

----oo0oo----

In accordance with the opinion and mandate of the United States Court of Appeals for the Ninth Circuit, this Court will take the following action: (1) deny Plaintiffs' Motion for Summary Judgment; (2) reverse the denial of Defendant's partial Motion for Summary Judgment; (3) grant Defendant's Motion for Summary Judgment in full; and (4) reverse the award of nominal damages to Plaintiffs.

In addition, pursuant to Defendant's Motion (ECF No. 170), the Court intends, within twenty-one (21) days of this Order being electronically filed, to disburse any funds Defendant Service Employees International Union, Local 1000 previously paid into the Court's registry as security for damages.

Unless objections are received within fourteen (14) days of this Order being electronically filed, the Court will take the above action without further notice to the parties.

IT IS SO ORDERED.

DATE:  February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE