# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Dianne Knox, et al. | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cv-02198-MCE-JFM |
| Steve Westly, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against __Plaintiffs__ ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 455.00 |
| Fees for service of summons and subpoena ............................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,942.46 |
| Fees and disbursements for printing ................................... | 309.40 |
| Fees for witnesses *(itemize on page two)* ............................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................. | |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* .......................................... | |
| TOTAL | $ 3,706.86 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __/s/ Jeffrey B. Demain__

Name of Attorney: Jeffrey B. Demain

For: _____Defendant CSEA/SEIU Local 1000_____          Date: __02/21/2011__
                *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____              By: _____              _____
*Clerk of Court*                          *Deputy Clerk*                          *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| BILL OF COSTS ||||
|---|---|---|---|
| **Item** | **Notes** |  | **Amount** |
| Filing Fees |  |  | $455.00 |
| Transcripts | 11/2/05 | Hearing on Motion for Temporary Restraining Order | $137.50 |
|  | 11/4/05 | Hearing on Motion for Preliminary Injunction | $50.63 |
|  | 12/15/05 | Deposition of Plaintiff R. Paul Ricker | $575.90 |
|  | 4/7/06 | Deposition of Plaintiff Robert A. Conover | $1,335.30 |
|  | 10/16/06 | Hearing on Motion for Class Certification | $72.60 |
|  | 12/11/06 | Hearing on Motion for Summary Judgment (First) | $127.50 |
|  | 3/7/07 | Deposition of Union Employee Leland King | $161.30 |
|  | 3/7/07 | Deposition of Union Employee Michael Harvey Baratz | $108.35 |
|  | 6/22/07 | Deposition of Expert Witness Kenneth R. Holmer | $373.38 |
|  |  | | $2,942.46 | $2,942.46 |
| Printing/Copies | Bates-numbered Docs. produced   1,250<br>Docs. produced at Holmer deposition   297<br>                                                             1,547<br>1,547 copies x $.20/copy = $309.40 |  | $309.40 |
|  |  |  | $3,706.86 |

Fees of the Clerk

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

USCA NUMBER: _____
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:**      **CLERK, U.S. COURT OF APPEALS**

**FROM:**    **CLERK, U.S. DISTRICT COURT**

**SUBJECT:** **NEW APPEALS DOCKETING INFORMATION**

<u>CASE INFORMATION</u>

| | |
|---|---|
| USDC Number: | **2:05-CV-02198-MCE-KJM** |
| USDC Judge: | **JUDGE MORRISON C. ENGLAND JR.** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **DIANNE KNOX vs. STEVE WESTLY** |
| Type: | **CIVIL** |
| Complaint Filed: | **11/1/2005** |
| Appealed Order/Judgment Filed: | **3/28/2008** |
| Court Reporter Information: | **Diane Shepard** |

<u>FEE INFORMATION</u>

**Fee Status: Paid on 7/14/2008 in the amount of $455.00**

Information prepared by: /s/ **H. Kaminski**, Deputy Clerk

# Fees for Printed or Electronically Recorded Transcripts Necessarily Obtained for Use in the Case

## Fees for Printed or Electronically Recorded Transcripts
## Necessarily Obtained for Use in the Case

| Date | Hearing or Deposition | Cost |
|---|---|---|
| 11/2/05 | Hearing on Motion for Temporary Restraining Order | $137.50 |
| 11/4/05 | Hearing on Motion for Preliminary Injunction | $50.63 |
| 12/15/05 | Deposition of Plaintiff R. Paul Ricker | $575.90 |
| 4/7/06 | Deposition of Plaintiff Robert A. Conover | $1,335.30 |
| 10/16/06 | Hearing on Motion for Class Certification | $72.60 |
| 12/11/06 | Hearing on Motion for Summary Judgment (First) | $127.50 |
| 3/7/07 | Deposition of Union Employee Leland King | $161.30 |
| 3/7/07 | Deposition of Union Employee Michael Harvey Baratz | $108.35 |
| 6/22/07 | Deposition of Expert Witness Kenneth R. Holmer | $373.38 |
| **Total** | | $2,942.46 |

**DIANE J. SHEPARD**
Official Court Reporter
United States District Court

501 I Street, Suite 4-200
Sacramento, California - 95814
916.554.7460

dianeshepard@pacbell.net

**November 4, 2005**

**Invoice # 177**

**Bill To:** Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108

☐ Criminal
☒ Civil

Pvt Cnsel - Altshuler

**Ordering Party:** E. Lynn

**Case #** CIV-S-05-2198

**Case Title:** Knox, et al., v Westly, et al.

| Date of Proceedings | Type of Proceeding | Pages | Page Rate | Total |
|---|---|---|---|---|
| November 2, 2005 | MOTION FOR TRO | 25 | $5.50 | $137.50 |

**Total Due Upon Receipt: $137.50**

*Please Remit To Above Address*
*Make Check Payable To: Diane J. Shepard*
*Tax Id #68-0548315*

# DIANE J. SHEPARD
Official Court Reporter
United States District Court

501 I Street, Suite 4-200
Sacramento, California - 95814
916.554.7460

dianeshepard@pacbell.net

**April 4, 2006**                                                        **Invoice # 214**

**Bill To:**   Alshuler, Berzon, Nussbaum, Rubin & Demain                ☐ Criminal
               117 Post Street, Suite 300                                ☒ Civil
               San Francisco, California 94108

                                                                         Pvt Cnsel Demain

**Ordering Party:**   Kim Carver - 415-421-7151 x342

**Case #**            2:05-cv-2198

**Case Title:**       Knox v Westly, et al.

| Date of Proceedings | Type of Proceeding | Pages | Page Rate | Total |
|---|---|---|---|---|
| November 4, 2005 | Motion | 61 | $0.83 | $50.63 |

**Total Due Upon Receipt:  $50.63**

*Please Remit To Above Address*
*Make Check Payable To: Diane J. Shepard*
*Tax Id #68-0548315*

# INVOICE

**LEGALINK**
A WORDWAVE COMPANY
575 Market Street
11th Floor
San Francisco, CA 94105
tel (800) 869-9132
fax (415) 357-4301
www.legalink.com
GLOBAL COURT REPORTING · LEGAL VIDEOGRAPHY · TRIAL SERVICES

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20047081 | 12/28/2005 | 2001-375479 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/12/2005 | PIPEJO | |

| CASE CAPTION |
|---|
| Knox vs. Westly |
| **TERMS** |
| Due upon receipt |

Jeffrey Demain
Altshuler, Berzon, Nussbaum, Berzon, Rubin & Demain
177 Post Street
Suite 300
San Francisco, CA 94108

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
R. PAUL RICKER                                              575.90

                                    TOTAL  DUE  >>>>        575.90
                                    AFTER 1/27/2006 PAY     604.70

LegaLink can now send your invoices and statements via email in PDF format! If you would like to receive your invoices and/or statements via email, please contact the local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for your business.

*[Stamp:]* Cli/Mat #: _16200_
Amount: _575.90_
Tabs: ☑   AP: ☑
Approval Initials: _____
Notes:

TAX ID NO.: 94-2288855                      (415) 421-7151    Fax (415) 362-8064

*Please detach bottom portion and return with payment.*

Jeffrey Demain
Altshuler, Berzon, Nussbaum, Berzon, Rubin & Demain
177 Post Street
Suite 300
San Francisco, CA 94108

```
Invoice No.: 20047081
Date       : 12/28/2005
TOTAL DUE  :     575.90
AFTER 1/27/2006 PAY : 604.70


Job No.    : 2001-375479
Case No.   :
Knox vs. Westly
```

Remit To:   LegaLink San Francisco
            File 70202
            Los Angeles, CA 90074-0202



**LEGALINK®**
A MERRILL COMPANY

575 Market St        tel (415) 357-4300
11th Floor           tel (800) 869-9132
San Francisco, CA 94105   fax (415) 357-4301

Jeffrey Demain
Altshuler, Berzon, Nussbaum, Berzon, Rubin & Demain
177 Post Street
Suite 300
San Francisco, CA 94108

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20050760 | 04/12/2006 | 2005-379653 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 04/07/2006 | LLA | |

**CASE CAPTION**

Knox vs. Westly

**TERMS**

Due upon receipt

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert A. Conover                                          1,335.30

                                            TOTAL DUE >>>>    1,335.30
                                      AFTER 5/12/2006 PAY     1,402.07

LegaLink can now send your invoices and statements via email in PDF format! If you
would like to receive your invoices and/or statements via email, please contact the
local Billing Coordinator at LegaLink San Francisco, 415-357-4300. Thank you for
your business.
```

TAX ID NO.: 20-2665382                              (415) 421-7151    Fax (415) 362-8064

*Please detach bottom portion and return with payment.*

0918.002

**DIANE J. SHEPARD**
Official Court Reporter
United States District Court

501 I Street, Suite 4-200
Sacramento, California - 95814
916.554.7460

dianeshepard@pacbell.net

December 5, 2006                                   Invoice # 300

**Bill To:** Altshuler Berzon Nussbaum Rubin and Demain         ☐ Criminal
177 Post Street, Suite 300                                       ☒ Civil
San Francisco, California 94108

Private Counsel

**Ordering Party:**   Peder Thoreen, Attorney at Law

**Case #**            2:05-cv-02198

**Case Title:**       Knox et al v Westly et al

| Date of Proceedings | Type of Proceeding | Pages | Page Rate | Total |
|---|---|---|---|---|
| October 16, 2006 | Motion | 22 | $3.30 | $72.60 |

**Please Remit To Above Address**
**Make Check Payable To: Diane J. Shepard**
**Tax Id #68-0548315**



Total Due Upon Receipt: $72.60

Cli/Mat #: 0918.002
Amount: 72.60
Tabs: ☐
AP: ☑
Approval Initials:
Notes:

# DIANE J. SHEPARD
Official Court Reporter
United States District Court

501 I Street, Suite 4-200
Sacramento, California - 95814
916.554.7460

diane.shepard@gmail.com

September 11, 2008                                              Invoice # 423

**Bill To:** Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108

☐ Criminal
☒ Civil

PP

**Ordering Party:** Jeffrey Demain, Attorney at Law

**Case #** 2:05-cv-2198

**Case Title:** Knox v Westly

| Date of Proceedings | Type of Proceeding | Pages | Page Rate | Total |
|---|---|---|---|---|
| December 11, 2006 | Motion | 30 | $3.65 | $109.50 |
| December 11, 2006 | Motion (Compressed copy) | 30 | $0.60 | $18.00 |

**Total Due Upon Receipt:** $127.50

*Please Remit To Above Address*
*Make Check Payable To: Diane J. Shepard*
*Tax Id #68-0548315*

Invoice No: 22258                                   Invoice Date: 03/22/2007



# M•O•A DEPOSITION REPORTERS

SACRAMENTO  (800) 300-3072
YUBA CITY    (800) 600-1904
CHICO        (800) 200-3376

**Bill To:**

Demain, Jeffrey
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108

**Remit To:**   Terms Payable upon Receipt.
(1.5% per month)

M.O.A. Deposition Reporters
1100 Butte House Road, Suite 120
Bank of America Building
Yuba City, CA 95991

Claim No:            File No:                 Tax ID: 68-0281254

Date: 03/07/2007 11:00 AM
Witness: King, Lee
Case: Knox vs. Westly

| Description | Unit Price | Qty | Total |
|---|---|---|---|
| Certified Copy | $1.95 | 62 | $120.90 |
| B&W Copy of Exhibits | $0.40 | 101 | $40.40 |
|  | SubTotal |  | $161.30 |
|  | Payments |  | $161.30 |
|  | Balance Due |  | $0.00 |

---

**Method of Payment:**

☐ Check Enclosed              ☐ Charge my Credit Card   Signature (as it appears on the card)
Please Make Checks Payable to:       ☐ VISA ☐ MasterCard
M.O.A DEPOSITION REPORTERS                                Print Name (as it appears on the card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐ ☐☐
Credit Card #                         Exp. Date          Telephone

WWW.MOADEPOREPORTERS.COM



22258

Invoice No: 22256                           Invoice Date: 03/22/2007



# M•O•A DEPOSITION REPORTERS

| | |
|---|---|
| SACRAMENTO | (800) 300-3072 |
| YUBA CITY | (800) 600-1904 |
| CHICO | (800) 200-3376 |

**Bill To:**

Demain, Jeffrey
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108

**Remit To:**  Terms Payable upon Receipt. (1.5% per month)

M.O.A. Deposition Reporters
1100 Butte House Road, Suite 120
Bank of America Building
Yuba City, CA 95991

Claim No:                File No:                         Tax ID: 68-0281254

Date: 03/07/2007 9:30 AM
Witness: Baratz, Michael
Case: Knox vs. Westly

| Description | Unit Price | Qty | Total |
|---|---|---|---|
| Certified Copy | $1.95 | 41 | $79.95 |
| Shipping and Handling (Copy) | $10.00 | 1 | $10.00 |
| B&W Copy of Exhibits | $0.40 | 21 | $8.40 |
| Shipping And Handling (COD) | $10.00 | 1 | $10.00 |
| | | **SubTotal** | **$108.35** |
| | | **Payments** | **$108.35** |
| | | **Balance Due** | **$0.00** |

---

**Method of Payment:**

☐ Check Enclosed    ☐ Charge my Credit Card
Please Make Checks Payable to:
M.O.A DEPOSITION REPORTERS   ☐ VISA  ☐ MasterCard

Signature (as it appears on the card)

Print Name (as it appears on the card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐    ☐☐ ☐☐
Credit Card #                    Exp. Date

Telephone

**WWW.MOADEPOREPORTERS.COM**


22256



Esquire Deposition Services, LLC
A Hobart West Company
1020 19th Street, N.W. Suite 620
Washington, D.C. 20036
Tel: (202)429-0014  Fax: (202)296-8652
Tax ID # 22-3779684

# STATEMENT

TO: ALTSHULER, BERZON, LLP
Ste 300
177 Post St
San Francisco CA  94108-4733

PAGE:  1  OF  1
DATE:  08/01/2007
FAX:   (415) 362-8064
       21ALTSB01

| INV # | INV DATE | CAPTION | REFERENCE | DT TAKEN | INV AMT | AMT PAID | BAL DUE |
|---|---|---|---|---|---|---|---|
| 166951 | 07/10/2007 | KNOX V. WESTLY | JEFFREY DEMAIN, ESQ. | 06/22/2007 | 373.38 | 0.00 | 373.38 |

For Statement Questions, Please Call           BALANCE DUE      373.38
(800) 441-3376          Fax      (202) 296-8652

| OVER 150 DAYS | OVER 120 DAYS | OVER 90 DAYS | OVER 60 DAYS | OVER 30 DAYS | CURRENT |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $373.38 |

Terms: DUE UPON RECEIPT

We accept VISA, Mastercard, American Express & Discover cards

Remit to: ESQUIRE DEPOSITION SERVICES, LLC
          P.O. BOX 785751
          Philadelphia, PA 19178-5751

Cli/Mat #: 918.002
Amount: 373.38
Tabs: ☒   AP: ☒
Approval Initials: _____
Notes:

## Fees and Disbursements for Printing

| | |
|---|---:|
| Bates-numbered documents produced to Plaintiffs | 1,250 |
| Documents produced at Holmer Deposition | + 297 |
| Total | 1,547 |

1,547 pages @ $0.20 per page (actual printing charge billed to client) = $309.40