UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX, et al., on behalf of themselves and the classes they represent,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN CHIANG, Controller, State of California, et al.,<br><br>　　　　　　Defendants. | No. 2:05-cv-02198-MCE-KJM<br><br>**ORDER** |

　　　　Through this action, Plaintiffs, state employees, seek redress against Defendants John Chiang, the Controller of the State of California, and California State Employees Association, Local 1000, Service Employees International Union, AFL-CIO, CLC ("the Union" or "SEIU"), for violations of their First, Fifth, and Fourteenth Amendment rights under 42 U.S.C. § 1983 by using Plaintiffs' monies to support political causes without satisfying constitutionally required safeguards.

　　　　On March 28, 2008, this Court issued an order granting summary judgment to Plaintiffs, and granting in part Defendants' cross-motion for partial summary judgment. (ECF No. 139.) Defendants appealed, and the Ninth Circuit reversed and remanded. 628 F.3d 1115 (9th Cir. 2010).

The Supreme Court of the United States granted certiorari.  131 S. Ct. 3061 (2011).  The Supreme Court reversed and remanded the Ninth Circuit's decision.  132 S. Ct. 2277, 2284 (2012).  The Ninth Circuit then vacated this Court's decision in its entirety, and remanded the case to this Court "for further proceedings consistent with the Supreme Court's opinion."  (ECF No. 183.)

On October 15, 2012, Plaintiffs filed the instant motion, requesting that the Court enter amended judgment on remand.  (ECF No. 184.)  Defendants do not oppose the motion, but request that the Court order that Defendants have 120 days to comply.  (ECF No. 186.)  Plaintiffs state that they agree that SEIU should be accorded "a sufficient time within which to provide these refunds" and that the proposed 120-day period seems reasonable under the circumstances.  (ECF No. 187.)  Plaintiffs also request that the Court direct SEIU to make monthly reports to Plaintiffs' counsel on SEIU's progress in complying with the Court's Judgment, providing the names of each class member to which a refund has been made, the State bargaining unit by which each class member is employer, the dates of those payments, and the total amount refunded to each class member.  Plaintiffs further request that a letter explaining the purpose of the refund be distributed with the refunds issued by SEIU.

The facts and analysis relevant to the instant motion are fully set forth in the opinion of the United States Supreme Court.  132 S. Ct. 2277.  In accordance with that opinion, it is hereby ordered that:

    1.    Judgment is entered for Plaintiffs.

    2.    Defendant SEIU shall refund to Plaintiffs all monies exacted for the "Emergency Temporary Assessment to Build a Political Fight-Back Fund," for the entirety of the period during which the assessment was exacted, plus interest.

    3.    Plaintiffs are awarded nominal damages in the amount of one dollar ($1.00).  See Cummings v. Connell, 402 F.3d 936, 944 (9th Cir. 2005).

    4.    Defendant SEIU shall refund Plaintiffs and pay nominal damages within one hundred twenty (120) days from the date this judgment is entered.

1     5.      Defendant SEIU shall make reports every thirty (30) days to the Court, providing:

        a) The names of each class member to whom a refund has been made;

        b) The State bargaining unit by which each class member is employed;

        c) The date(s) of the payments; and

        d) The total amount refunded to each class member.

    6.      Defendant SEIU shall include with each refund sent to each Plaintiff a letter explaining the purpose of the refund, over the signature of Plaintiffs' counsel, in a form mutually agreeable to the parties.

IT IS SO ORDERED.

Dated:  December 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE