JEFFREY B. DEMAIN (SBN 126715)
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
jdemain@altshulerberzon.com

Attorneys for Defendant
Service Employees International Union, Local 1000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNE KNOX, *et al.*, ON BEHALF OF THEMSELVES AND THE CLASS THEY SEEK TO REPRESENT,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN CHIANG, Controller, State of California; *et al.*,<br><br>Defendants. | No. 2:05-CV-2198 MCE (CKD)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO SHORTEN TIME ON MOTION FOR CLARIFICATION OF ORDER AWARDING PREJUDGMENT INTEREST** |

Having considered Defendant SEIU Local 1000's ("Local 1000")[1] *ex parte* application to shorten time on Local 1000's Motion for Clarification of Order Awarding Prejudgment Interest ("Motion for Clarification"), and for good cause shown, the Court hereby GRANTS Local 1000's *ex parte* application to shorten time.

IT IS HEREBY ORDERED as follows:

Plaintiffs' opposition to the Motion for Clarification is due    January 25, 2013    .

Local 1000's reply is due    January 31, 2013    .

A telephonic hearing on the Motion for Clarification is set for    February 7, 2013    at    2:00 p.m.    .

---

[1] SEIU Local 1000 was improperly named in the caption as "California State Employees Association, Local 1000, Service Employees International Union, AFL-CIO, CLC."

ORDER
*Knox, et al. v. Chiang, et al.*, Case No. 2:05-CV-2198 MCE (CKD)                                           1

IT IS FURTHER ORDERED that the 120-day period within which Local 1000 must pay refunds to Plaintiffs and class members pursuant to the Court's Order of December 5, 2012, Docket No. 190, is tolled from January 15, 2013 until the date of the Court's resolution of the Motion for Clarification.

**IT IS SO ORDERED.**

Dated: January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE